UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:04-CR-63 |
| | ) | |
| GARY LEE VON OESEN, *ET AL.* | ) | |

## **O R D E R**

For the reasons set forth in the Court's memorandum opinion and order entered in case No. 2:03-CV-003, it is hereby ORDERED that the claim of Earnest and Elena Burd is **DISMISSED**. [Doc. 131].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE